**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| DARRYL BIEL, in his capacity as Kristen Biel's personal representative,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>ST. JAMES SCHOOL, A CORP., a California non-profit corporation; DOES, 2–50, inclusive; ST. JAMES CATHOLIC SCHOOL, a California non-profit corporation; DOE 1,<br><br>*Defendants-Appellees.* | No. 17-55180<br><br>D.C. No. 2:15-cv-04248-TJH-AS<br><br>ORDER |

On Remand From The United States Supreme Court

Filed August 20, 2020

Before:  D. Michael Fisher,* Paul J. Watford, and Michelle T. Friedland, Circuit Judges.

Order

---

* The Honorable D. Michael Fisher, United States Circuit Judge for the U.S. Court of Appeals for the Third Circuit, sitting by designation.

**ORDER**

In accordance with the United States Supreme Court's decision in *Our Lady of Guadalupe School v. Morrissey-Berru*, 140 S. Ct. 2049 (2020), the district court's grant of summary judgment to Defendants-Appellees is

**AFFIRMED.**